**STATE of Missouri, Respondent,**

v.

**Belinda M. ALLEN, Defendant–Appellant.**

**No. ED 76228.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 25, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 2000.

Belinda M. Allen, Moscow Mills, pro se.

Mark D. Bradley, Warrenton, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ

*ORDER*

PER CURIAM.

Defendant, Belinda Allen, appeals from the trial court's judgment finding her guilty of second-degree trespass in violation of Section 569.150 RSMo. (1994), for which she was fined $100.00.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law.

We affirm the judgment pursuant to Rule 30.25(b).